AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY, JR., JAMES S. | U.S. DISTRICT COURT MIDDLE DISTRICT FL | 08/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE (SENIOR STATUS) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
801 N. FLORIDA AVE
TAMPA, FL 33602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Humana/Compbenefits, Inc. (severance pay) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Merrill Lynch | Margin Loan | M |
| 2. | Moody Investments, LP | Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST CASH ACCOUNTS (cash) | A | Interest | K | T | | | | | |
| 2. MERRILL LYNCH BANK DEPOSIT PROGRAM (cash) (X) | A | Interest | J | T | | | | | |
| 3. TRUST ACCOUNT #1 (H) | | | | | | | | | |
| 4. ML BANK DEPOSIT PROGRAM (cash) | A | Interest | L | T | | | | | |
| 5. Akoustis Technologies (AKTS) | | None | K | T | Buy (add'l) | 11/08/18 | J | | |
| 6. Ambarella Inc (AMBA) | | None | K | T | | | | | |
| 7. Anheuser-Busch Inbev Adr (BUD) | | None | | | Buy | 10/05/18 | K | | |
| 8. | | | | | Sold | 11/15/18 | K | | |
| 9. Annaly Cap Mgmnt (NLY) (Y) | | | | | | | | | |
| 10. Aphria Inc SHS (APHQF) | | None | J | T | Buy (add'l) | 01/10/18 | J | | |
| 11. Apple Inc (AAPL) | A | Dividend | | | Buy | 02/08/18 | L | | |
| 12. | | | | | Sold (part) | 03/20/18 | L | D | |
| 13. | | | | | Buy (add'l) | 03/22/18 | L | | |
| 14. | | | | | Sold | 05/14/18 | L | C | |
| 15. Apptio Inc CL A (APTI) | | None | | | Buy (add'l) | 01/22/18 | K | | |
| 16. | | | | | Sold (part) | 01/23/18 | K | C | |
| 17. | | | | | Sold | 02/21/18 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 02/26/18 | L | | |
| 19. | | | | | Sold | 04/24/18 | L | D | |
| 20. | | | | | Buy | 04/25/18 | L | | |
| 21. | | | | | Sold | 05/22/18 | L | C | |
| 22. Ardelyx Inc SH A (ARDX) | | None | J | T | Buy (add'l) | 10/24/18 | J | | |
| 23. Ares Capital Corp (ARCC) (Y) | | | | | | | | | |
| 24. Arista Networks Inc (ANET) | | None | K | T | Buy | 06/18/18 | K | | |
| 25. | | | | | Buy (add'l) | 09/27/18 | K | | |
| 26. Aurora Cannabis Inc (ACBFF) | A | Dividend | K | T | Buy (add'l) | 01/10/18 | J | | |
| 27. Bitcoin Invt TR SHS USD (GBTC) | A | Dividend | | | Sold | 02/07/18 | K | B | |
| 28. Boston Beer Company Inc (SAM) | | None | | | Sold | 01/22/18 | M | E | |
| 29. BP PLC (BP) (Y) | | | | | | | | | |
| 30. Calyxt Inc Reg SHS (CLXT) | | None | K | T | Buy | 10/24/18 | K | | |
| 31. Canopy Growth Corp (TWMJF) | | None | L | T | Buy (add'l) | 01/10/18 | K | | |
| 32. Crispr Therapeutics AG (CRSP) | | None | K | T | Buy | 07/27/18 | L | | |
| 33. Editas Medicine Inc SHS (EDIT) | | None | K | T | Buy | 07/27/18 | K | | |
| 34. Cyber-Ark Software Ltd (CYBR) | | None | | | Sold | 05/22/18 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ensco PLC SHS SL A (ESV) | A | Dividend | | | Sold | 04/24/18 | K | | |
| 36. Fireeye Inc (FEYE) | | None | K | T | Sold (part) | 01/22/18 | K | B | |
| 37. | | | | | Buy (add'l) | 01/24/18 | K | | |
| 38. | | | | | Sold | 02/21/18 | K | C | |
| 39. | | | | | Buy | 02/26/18 | K | | |
| 40. | | | | | Sold | 03/20/18 | K | A | |
| 41. | | | | | Buy | 03/22/18 | K | | |
| 42. | | | | | Sold | 11/20/18 | K | B | |
| 43. | | | | | Buy | 11/23/18 | K | | |
| 44. Hortonworks Inc SHS (HDP) | | None | K | T | Buy | 02/26/18 | K | | |
| 45. | | | | | Buy (add'l) | 08/20/18 | K | | |
| 46. | | | | | Sold (part) | 08/21/18 | K | B | |
| 47. | | | | | Buy (add'l) | 09/25/18 | K | | |
| 48. | | | | | Sold (part) | 09/25/18 | K | B | |
| 49. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 50. II-VI Inc (IIVI) | | None | K | T | Buy | 10/12/18 | K | | |
| 51. Lumentum Holdings Inc (LITE) | | None | K | T | Buy (add'l) | 02/26/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/21/18 | L | | |
| 53. | | | | | Sold | 03/20/18 | L | | |
| 54. | | | | | Buy (add'l) | 10/24/18 | L | | |
| 55. Macom Technology (MTSI) | None | K | T | | Buy | 10/24/18 | K | | |
| 56. | | | | | Buy (add'l) | 11/23/18 | K | | |
| 57. | | | | | Sold (part) | 11/20/18 | K | D | |
| 58. New Gold Inc CDA (NGD) | None | J | T | | | | | | |
| 59. New Relic Inc (NEWR) | None | L | T | | Buy | 02/26/18 | K | | |
| 60. | | | | | Sold | 04/24/18 | L | C | |
| 61. | | | | | Buy | 04/25/18 | K | | |
| 62. | | | | | Sold | 05/22/18 | L | D | |
| 63. | | | | | Buy | 05/30/18 | L | | |
| 64. | | | | | Sold | 06/19/18 | L | D | |
| 65. | | | | | Buy | 06/25/18 | M | | |
| 66. Nuance Communications (NUAN) | None | K | T | | Buy | 02/26/18 | K | | |
| 67. | | | | | Buy (add'l) | 03/22/18 | K | | |
| 68. | | | | | Sold (part) | 03/20/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OKTA Inc Reg SHS (OKTA) | | None | L | T | Buy | 02/26/18 | K | | |
| 70. | | | | | Sold | 04/24/18 | K | D | |
| 71. | | | | | Buy | 04/27/18 | K | | |
| 72. | | | | | Sold | 06/19/18 | K | D | |
| 73. | | | | | Buy | 06/25/18 | L | | |
| 74. | | | | | Sold | 07/24/18 | L | C | |
| 75. | | | | | Buy | 07/27/18 | L | | |
| 76. | | | | | Sold (part) | 09/25/18 | L | D | |
| 77. Overstock.com Inc (OSTK) | | None | J | T | | | | | |
| 78. Proctor & Gamble Co (PG) | | None | | | Buy | 05/30/18 | K | | |
| 79. | | | | | Sold | 07/20/18 | K | B | |
| 80. Regions Finl Corp (RF) | B | Dividend | K | T | | | | | |
| 81. Shopify Inc (SHOP) | | None | L | T | Buy | 05/30/18 | L | | |
| 82. | | | | | Sold | 06/19/18 | L | C | |
| 83. | | | | | Buy | 06/21/18 | L | | |
| 84. | | | | | Sold (part) | 09/25/18 | L | | |
| 85. Snap Inc CL A (SNAP) | | None | J | T | Sold | 01/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 01/24/18 | J | | |
| 87. | | | | | Sold | 02/21/18 | J | A | |
| 88. | | | | | Buy | 02/22/18 | K | | |
| 89. Square Inc (SQ) | | None | L | T | Buy | 05/30/18 | L | | |
| 90. | | | | | Sold | 06/19/18 | L | C | |
| 91. | | | | | Buy | 06/21/18 | K | | |
| 92. | | | | | Sold | 08/21/18 | K | C | |
| 93. | | | | | Buy | 08/22/18 | K | | |
| 94. | | | | | Sold (part) | 09/25/18 | K | C | |
| 95. Starbucks Corp (SBUX) | A | Dividend | | | Buy | 05/30/18 | L | | |
| 96. | | | | | Buy (add'l) | 07/27/18 | L | | |
| 97. | | | | | Sold (part) | 08/21/18 | L | | |
| 98. | | | | | Buy (add'l) | 08/22/18 | L | | |
| 99. | | | | | Sold (part) | 10/23/18 | L | A | |
| 100. | | | | | Sold | 11/15/18 | L | D | |
| 101. Suncor Energy Inc (SU) | A | Dividend | | | Sold | 05/22/18 | L | D | |
| 102. Suntrust Bks Inc (STI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Torex Gold Resources Inc (TORXF) | | None | J | T | | | | | |
| 104. Valero Energy Corp (VLO) | | None | L | T | Buy | 12/31/18 | L | | |
| 105. Western Alliance (WAL) | | None | K | T | | | | | |
| 106. Wells Fargo & Co (WFC) | B | Dividend | K | T | Buy (add'l) | 04/27/18 | L | | |
| 107. | | | | | Sold (part) | 06/19/18 | L | | |
| 108. | | | | | Buy (add'l) | 06/25/18 | L | | |
| 109. | | | | | Sold (part) | 07/24/18 | L | C | |
| 110. Wix Com Ltd (WIX) | | None | L | T | Buy | 06/11/18 | K | | |
| 111. | | | | | Sold (part) | 07/24/18 | K | C | |
| 112. | | | | | Buy (add'l) | 07/27/18 | L | | |
| 113. | | | | | Sold (part) | 09/25/18 | L | D | |
| 114. Wynn Resorts Ltd (WYNN) | | None | K | T | Buy | 12/31/18 | K | | |
| 115. Zendesk Inc SHS (ZEN) | | None | L | T | Buy | 12/20/18 | L | | |
| 116. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 117. TRUST ACCOUNT #2 (H) | | | | | | | | | |
| 118. Annaly Cap Mgmnt (NLY) | C | Dividend | K | T | | | | | |
| 119. Aphria Inc SHS (APHQF) | | None | J | T | Buy | 05/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Ares Capital Corp (ARCC) (X) | B | Dividend | K | T | | | | | |
| 121. Bank of America Corp (BAC) | D | Dividend | N | T | | | | | |
| 122. Aurora Cannibas Inc (ACB) | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 123. BP PLC (BP) (X) | B | Dividend | K | T | | | | | |
| 124. Canopy Growth Corp (CGC) | | None | J | T | Buy | 05/30/18 | J | | |
| 125. Royal Gold Inc (RGLD) | B | Dividend | M | T | | | | | |
| 126. Spero Therapeutics Inc (SPRO) | | None | J | T | Buy | 06/21/18 | K | | |
| 127. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 128. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | Buy | 03/22/18 | J | | |
| 129. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 130. ML BANK DEPOSIT PROGRAM (cash) | A | Interest | K | T | | | | | |
| 131. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 132. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 133. Wells Fargo & Co (WFC) | A | Dividend | J | T | | | | | |
| 134. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 135. ML BANK DEPOSIT PROGRAM (cash) | A | Interest | K | T | | | | | |
| 136. BP PLC (BP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 138. Wells Fargo & Co (WFC) | A | Dividend | J | T | | | | | |
| 139. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 140. ML BANK DEPOSIT PROGRAM (cash) | A | Interest | J | T | | | | | |
| 141. Proctor & Gamble (PG) | A | Dividend | K | T | | | | | |
| 142. Travelers Cos Inc (TRV) | A | Dividend | K | T | | | | | |
| 143. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 144. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 145. Calamos Strar Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 146. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 147. ML BANK DEPOSIT PROGRAM (cash) (X) | A | Interest | M | T | | | | | |
| 148. AKOUSTIS TECHNOLOGIES (AKTS) (X) | | None | K | T | Buy (add'l) | 11/08/18 | J | | |
| 149. ALIO GOLD INC REG SHS (ALO) (X) | | None | J | T | | | | | |
| 150. ALLEGIANT TRAVEL CO (ALGT) | A | Dividend | K | T | Buy | 04/18/18 | L | | |
| 151. | | | | | Sold | 05/18/18 | L | | |
| 152. | | | | | Buy | 06/25/18 | K | | |
| 153. ALPHABET INC SHS CL C (GOOG) | | None | M | T | Buy | 06/06/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 08/21/18 | M | | |
| 155. | | | | | Buy | 08/22/18 | M | | |
| 156. AMBARELLA INC (AMBA) (X) | None | | L | T | | | | | |
| 157. ANHEUSER-BUSCH INBEV ADR (BUD) | None | | | | Buy | 05/03/18 | L | | |
| 158. | | | | | Sold | 11/23/18 | M | | |
| 159. APHRIA INC SHS (APHA) (formerly (APHQF)) (X) | None | | J | T | | | | | |
| 160. APPLE INC (AAPL) (X) | None | | | | Sold | 01/23/18 | M | | |
| 161. | | | | | Buy | 01/24/18 | M | | |
| 162. | | | | | Buy (add'l) | 02/08/18 | M | | |
| 163. | | | | | Sold (part) | 03/20/18 | M | | |
| 164. | | | | | Sold | 05/14/18 | M | | |
| 165. APPTIO INC CL A (APTI) | None | | | | Buy | 01/24/18 | L | | |
| 166. | | | | | Sold | 02/21/18 | L | | |
| 167. | | | | | Buy | 02/23/18 | K | | |
| 168. | | | | | Sold | 04/24/18 | K | | |
| 169. | | | | | Buy | 04/27/18 | K | | |
| 170. | | | | | Sold | 05/22/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ARDELYX INC SHS (ARDX) (X) | | None | J | T | | | | | |
| 172. ARES CAPITAL CORP (ARCC) (X) | C | Dividend | K | T | | | | | |
| 173. ARISTA NETWORKS INC (ANET) | | None | L | T | Buy | 06/18/18 | K | | |
| 174. | | | | | Buy (add'l) | 08/06/18 | K | | |
| 175. | | | | | Buy (add'l) | 09/26/18 | K | | |
| 176. ASTELLAS PHARMA INC SHS (ALPMY) (X) | A | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 177. AURORA CANNABIS INC (ACB) (formerly (ACBFF)) (X) | | None | K | T | | | | | |
| 178. AXOS FINL INC (AX) (formerly BOFI HLDG INC (BOFI)) (X) | | None | K | T | Sold | 02/21/18 | L | | |
| 179. | | | | | Buy | 02/23/18 | K | | |
| 180. | | | | | Sold | 03/20/18 | K | | |
| 181. | | | | | Buy | 03/21/18 | K | | |
| 182. BELO SUN MINING CORP (VNNHF) (X) | | None | J | T | | | | | |
| 183. CANOPY GROWTH CORP (CGC) (formerly TWMJF) (X) | | None | L | T | | | | | |
| 184. CIRRUS LOGIC INC DEL (CRUS) | | None | K | T | Buy | 03/22/18 | K | | |
| 185. CME GROUP INC (CME) (X) | B | Dividend | L | T | Sold | 01/23/18 | M | | |
| 186. | | | | | Buy | 01/24/18 | M | | |
| 187. | | | | | Sold | 02/21/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 03/21/18 | M | | |
| 189. | | | | | Sold | 04/24/18 | M | | |
| 190. | | | | | Buy | 04/27/18 | M | | |
| 191. | | | | | Sold | 06/08/18 | M | | |
| 192. | | | | | Buy | 06/11/18 | M | | |
| 193. | | | | | Sold | 10/23/18 | M | | |
| 194. | | | | | Buy | 10/24/18 | L | | |
| 195. | | | | | Sold | 11/20/18 | L | | |
| 196. | | | | | Buy | 11/23/18 | L | | |
| 197. CRISPR THERAPEUTICS AG (CRSP) (X) | None | | L | T | Sold (part) | 01/23/18 | K | | |
| 198. | | | | | Buy | 02/26/18 | K | | |
| 199. | | | | | Buy | 03/12/18 | L | | |
| 200. | | | | | Sold (part) | 03/20/18 | K | | |
| 201. | | | | | Buy (add'l) | 03/21/18 | L | | |
| 202. | | | | | Sold | 05/22/18 | M | | |
| 203. | | | | | Buy | 05/23/18 | M | | |
| 204. CYBER-ARK SOFTWARE LTD (CYBR) | None | | L | T | Buy | 02/26/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 05/22/18 | M | | |
| 206. | | | | | Buy | 05/23/18 | M | | |
| 207. | | | | | Sold | 06/19/18 | M | | |
| 208. | | | | | Buy | 06/25/18 | L | | |
| 209. | | | | | Sold | 07/24/18 | L | | |
| 210. | | | | | Buy | 07/25/18 | L | | |
| 211. | | | | | Sold | 08/21/18 | L | | |
| 212. | | | | | Buy | 08/22/18 | L | | |
| 213. EDITAS MEDICINE INC SHS (EDIT) (X) | None | K | T | | Sold | 01/23/18 | K | | |
| 214. | | | | | Buy | 01/24/18 | K | | |
| 215. | | | | | Buy (add'l) | 02/26/18 | K | | |
| 216. | | | | | Sold (part) | 06/19/18 | L | | |
| 217. | | | | | Buy (add'l) | 06/22/18 | L | | |
| 218. ELDORADO GOLD CORP (formerly ELDORADO GOLD CORP NEW) (EGO) (X) | None | J | T | | | | | | |
| 219. ENDO INTL PLC SHS (ENDP) (X) | None | K | T | | | | | | |
| 220. ENERGOUS CORP SHS (WATT) (X) | None | J | T | Sold | 01/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Buy | 01/05/18 | K | | |
| 222. | | | | | Sold (part) | 01/10/18 | J | | |
| 223. | | | | | Buy | 02/26/18 | K | | |
| 224. ENSCO PLC SHS CL A (ESV) (X) | | None | | | Sold | 01/23/18 | K | | |
| 225. | | | | | Buy | 02/07/18 | K | | |
| 226. | | | | | Sold | 05/22/18 | K | | |
| 227. EQUITY COMMONWEALTH (EQC) (X) | | None | L | T | | | | | |
| 228. FAIRFAX FINL HLDGS LTD (FRFHF) | A | Dividend | K | T | Buy | 01/24/18 | L | | |
| 229. FIREEYE INC (FEYE) (X) | | None | K | T | Sold | 02/21/18 | K | | |
| 230. | | | | | Buy | 02/23/18 | K | | |
| 231. | | | | | Sold | 04/24/18 | K | | |
| 232. | | | | | Buy | 04/27/18 | K | | |
| 233. FRONTIER COMMUNICATIONS (FTR) (X) | | None | | | Sold (part) | 05/07/18 | J | | |
| 234. | | | | | Sold (part) | 05/09/18 | J | | |
| 235. | | | | | Sold | 05/22/18 | K | | |
| 236. GILEAD SCIENCES INC COM (GILD) (X) | B | Dividend | L | T | Sold | 01/23/18 | M | | |
| 237. | | | | | Buy | 01/24/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. HORTONWORKS INC SHS (HDP) (X) | | None | K | T | Sold | 03/20/18 | K | | |
| 239. | | | | | Buy | 03/21/18 | K | | |
| 240. | | | | | Sold | 08/21/18 | K | | |
| 241. | | | | | Buy | 08/22/18 | K | | |
| 242. | | | | | Sold | 09/25/18 | K | | |
| 243. | | | | | Buy | 09/26/18 | K | | |
| 244. II-VI INC (IIVI) | | None | K | T | Buy | 10/12/18 | K | | |
| 245. ILLUMINA INC COM (ILMN) | | None | M | T | Buy | 01/24/18 | M | | |
| 246. | | | | | Sold | 04/24/18 | M | | |
| 247. | | | | | Buy | 04/27/18 | M | | |
| 248. | | | | | Sold | 06/19/18 | M | | |
| 249. | | | | | Buy | 06/25/18 | M | | |
| 250. | | | | | Sold | 08/21/18 | M | | |
| 251. | | | | | Buy | 08/22/18 | M | | |
| 252. | | | | | Sold | 09/25/18 | M | | |
| 253. | | | | | Buy | 11/16/18 | M | | |
| 254. INTELLIA THERAPEUTICS (NTLA) (X) | | None | K | T | Sold | 06/19/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. | | | | | Buy | 06/25/18 | L | | |
| 256. KINDER MORGAN INC DEL (KMI) (X) | B | Dividend | K | T | | | | | |
| 257. KIRKLAND LAKE GOLD LTD (KL) (X) | | None | | | Sold | 01/23/18 | K | | |
| 258. | | | | | Buy | 01/24/18 | K | | |
| 259. | | | | | Sold | 05/22/18 | K | | |
| 260. LUMENTUM HOLDINGS INC (LITE) (X) | | None | L | T | Sold (part) | 02/21/18 | M | | |
| 261. | | | | | Buy (add'l) | 02/23/18 | L | | |
| 262. | | | | | Sold (part) | 03/20/18 | M | | |
| 263. | | | | | Sold | 05/22/18 | M | | |
| 264. | | | | | Buy | 05/23/18 | M | | |
| 265. | | | | | Sold | 09/25/18 | M | | |
| 266. | | | | | Buy | 10/24/18 | M | | |
| 267. MARRIOTT INTL INC NEW A (MAR) | A | Dividend | L | T | Buy | 07/25/18 | L | | |
| 268. MICROVISION INC (MVIS) (X) | | None | J | T | | | | | |
| 269. NEW GOLD INC CDA (NGD) (X) | | None | J | T | | | | | |
| 270. NEW RELIC INC (NEWR) (X) | | None | | | Sold | 02/21/18 | L | | |
| 271. | | | | | Buy | 03/21/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Sold | 05/22/18 | L | | |
| 273. NOKIA CORP SPON ADR (NOK) (X) | | None | | | Sold | 10/24/18 | J | | |
| 274. NUANCE COMMUNICATIONS INC (NUAN) (X) | | None | K | T | | | | | |
| 275. NUTANIX INC (NTNX) (X) | | None | L | T | Sold | 03/20/18 | L | | |
| 276. | | | | | Buy | 03/27/18 | L | | |
| 277. | | | | | Sold | 04/24/18 | L | | |
| 278. | | | | | Buy | 04/27/18 | M | | |
| 279. | | | | | Sold | 06/19/18 | M | | |
| 280. | | | | | Buy | 06/25/18 | M | | |
| 281. OKTA INC REG SHS CL A (OKTA) | | None | L | T | Buy | 01/24/18 | K | | |
| 282. | | | | | Sold | 02/21/18 | K | | |
| 283. | | | | | Buy | 02/23/18 | K | | |
| 284. | | | | | Sold | 04/24/18 | K | | |
| 285. | | | | | Buy | 04/27/18 | K | | |
| 286. | | | | | Sold | 06/19/18 | K | | |
| 287. | | | | | Buy | 06/25/18 | L | | |
| 288. | | | | | Sold | 07/24/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Buy | 07/25/18 | L | | |
| 290. | | | | | Sold | 09/25/18 | L | | |
| 291. | | | | | Buy | 10/29/18 | L | | |
| 292. OVERSTOCK.COM INC (OSTK) (X) | | None | K | T | Buy (add'l) | 06/25/18 | K | | |
| 293. PAYPAL HOLDINGS INC SHS (PYPL) | | None | L | T | Buy | 01/24/18 | L | | |
| 294. QUANTENNA COMMUNICATIONS (QTNA) (X) | | None | K | T | Sold | 01/23/18 | K | | |
| 295. | | | | | Buy | 01/24/18 | K | | |
| 296. | | | | | Sold (part) | 03/20/18 | K | | |
| 297. | | | | | Buy (add'l) | 03/21/18 | K | | |
| 298. ROYAL GOLD INC COM (RGLD) (X) | B | Dividend | L | T | | | | | |
| 299. SABINA SILVER CORP SHS (SGSVF) (X) | | None | K | T | | | | | |
| 300. SEABRIDGE GOLD INC (SA) (X) | | None | | | Sold | 01/23/18 | J | | |
| 301. SHOPIFY INC CL A (SHOP) (X) | | None | M | T | Sold | 02/21/18 | N | | |
| 302. | | | | | Buy | 02/23/18 | M | | |
| 303. | | | | | Sold | 03/20/18 | M | | |
| 304. | | | | | Buy | 03/21/18 | M | | |
| 305. | | | | | Buy (add'l) | 05/14/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Sold | 06/19/18 | M | | |
| 307. | | | | | Buy | 06/25/18 | M | | |
| 308. | | | | | Sold | 09/25/18 | M | | |
| 309. | | | | | Buy | 10/29/18 | M | | |
| 310. SNAP INC CL A (SNAP) (X) | | None | J | T | Sold | 01/23/18 | K | | |
| 311. | | | | | Buy | 01/24/18 | K | | |
| 312. | | | | | Sold | 02/21/18 | K | | |
| 313. | | | | | Buy | 04/25/18 | K | | |
| 314. SQUARE INC SHS CL A (SQ) | | None | | | Buy | 06/11/18 | K | | |
| 315. | | | | | Sold | 07/24/18 | K | | |
| 316. STARBUCKS CORP (SBUX) (X) | C | Dividend | M | T | Sold | 01/23/18 | M | | |
| 317. | | | | | Buy | 01/24/18 | M | | |
| 318. TALEND SA (TLND) (X) | | None | K | T | | | | | |
| 319. TELECOM ITALIA SPA ADR | A | Dividend | | | Buy | 02/12/18 | K | | |
| 320. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 321. | | | | | Sold | 10/24/18 | J | | |
| 322. TOREX GOLD RESOURCES INC (TORFX) (X) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. TWILIO INC CL A (TWLO) (X) | | None | | | Sold (part) | 02/21/18 | L | | |
| 324. | | | | | Sold (part) | 03/20/18 | K | | |
| 325. | | | | | Buy (add'l) | 03/21/18 | K | | |
| 326. | | | | | Sold | 04/24/18 | L | | |
| 327. | | | | | Buy | 04/27/18 | K | | |
| 328. | | | | | Sold | 05/22/18 | K | | |
| 329. WELLS FARGO & CO NEW DEL (WFC) (X) | B | Dividend | K | T | Sold | 01/23/18 | M | | |
| 330. | | | | | Buy | 02/26/18 | L | | |
| 331. WIX COM LTD (WIX) (X) | | None | L | T | Buy | 06/11/18 | K | | |
| 332. | | | | | Sold | 07/24/18 | K | | |
| 333. | | | | | Buy | 07/25/18 | L | | |
| 334. | | | | | Sold | 09/25/18 | L | | |
| 335. | | | | | Buy | 11/16/18 | L | | |
| 336. WYNN RESORTS LTD (WYNN) (X) | C | Dividend | M | T | Sold | 01/23/18 | M | | |
| 337. | | | | | Buy | 02/01/18 | L | | |
| 338. | | | | | Sold | 03/20/18 | L | | |
| 339. | | | | | Buy | 03/27/18 | L | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 340. | | | | | Sold | 05/17/18 | L | | |
| 341. | | | | | Buy | 06/06/18 | M | | |
| 342. | | | | | Buy (add'l) | 12/27/18 | K | | |
| 343. BITCOIN INVT TR SHS USD (GBTC) (X) | | None | | | Sold | 02/07/18 | K | | |
| 344. VANECK VECTORS GOLD (GDX) (X) | A | Dividend | L | T | Sold (part) | 01/17/18 | K | | |
| 345. | | | | | Sold (part) | 01/23/18 | K | | |
| 346. BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 347. ML BANK DEPOSIT PROGRAM (cash) (X) | A | Interest | L | T | | | | | |
| 348. AIR LEASE CORP CL A (AL) | A | Dividend | K | T | Buy | 06/11/18 | K | | |
| 349. CIE FINANCIERE RICHEMONT (CFRUY) (X) | A | Dividend | K | T | | | | | |
| 350. FAIRFAX FINL HLDGS LTD (FRFHF) | D | Dividend | N | T | Buy (add'l) | 06/11/18 | L | | |
| 351. SPERO THERAPEUTICS INC (SPRO) | | None | K | T | Buy | 06/21/18 | K | | |
| 352. VIVENDI SHS UNSP ADR (VIVHY) | C | Dividend | M | T | Buy (add'l) | 06/11/18 | K | | |
| 353. CALAMOS STRA TOT RETURN (CSQ) | B | Dividend | K | T | Buy | 03/22/18 | K | | |
| 354. IPATH BLOOMBERG COPPER (JJCTF) (X) | | None | K | T | | | | | |
| 355. CUSTODIAL ACCOUNT #1 (H) | | | | | | | | | |
| 356. Anheuser-Busch Inbev Adr (BUD) | A | Dividend | J | T | Buy | 10/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. BP PLC (BP) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 358. Canopy Growth Corp (CGC) | | None | J | T | Buy | 10/05/18 | J | | |
| 359. Royal Gold Inc (RGLD) | A | Dividend | J | T | | | | | |
| 360. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 361. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 362. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 363. CUSTODIAL ACCOUNT #2 (H) | | | | | | | | | |
| 364. Anheuser Busch (BUD) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 365. BP PLC (BP) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 366. Canopy Growth Corp (CGC) | | None | J | T | Buy | 10/05/18 | J | | |
| 367. Royal Gold Inc (RGLD) | A | Dividend | J | T | | | | | |
| 368. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 369. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 370. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 371. CUSTODIAL ACCOUNT #3 (H) | | | | | | | | | |
| 372. Anheuser Busch (BUD) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 373. BP PLC (BP) | A | Dividend | J | T | Buy | 10/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. Canopy Growth Corp (CGC) | | None | J | T | Buy | 10/05/18 | J | | |
| 375. Royal Gold Inc (RGLD) | A | Dividend | J | T | | | | | |
| 376. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 377. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 378. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 379. CUSTODIAL ACCOUNT #4 (H) | | | | | | | | | |
| 380. Anheuser Busch (BUD) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 381. BP PLC (BP) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 382. Canopy Growth Corp (CGC) | | None | J | T | Buy | 10/05/18 | J | | |
| 383. Royal Gold Inc (RGLD) | A | Dividend | J | T | | | | | |
| 384. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 385. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 386. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 387. CUSTODIAL ACCOUNT #5 (H) | | | | | | | | | |
| 388. Anheuser Busch (BUD) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 389. BP PLC (BP) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 390. Canopy Growth Corp (CGC) | | None | J | T | Buy | 10/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. Royal Gold Inc (RGLD) | A | Dividend | J | T | | | | | |
| 392. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 393. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 394. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 395. CUSTODIAL ACCOUNT #6 (H) | | | | | | | | | |
| 396. Anheuser Busch (BUD) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 397. BP PLC (BP) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 398. Canopy Growth Corp (CGC) | | None | J | T | Buy | 10/05/18 | J | | |
| 399. Royal Gold Inc (RGLD) | A | Dividend | J | T | | | | | |
| 400. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 401. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 402. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 403. CUSTODIAL ACCOUNT #7 (H) | | | | | | | | | |
| 404. Anheuser Busch (BUD) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 405. BP PLC (BP) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 406. Canopy Growth Corp (CGC) | | None | J | T | Buy | 10/05/18 | J | | |
| 407. Valero Energy Corp (VLO) | A | Dividend | J | T | Buy | 11/15/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 28 of 39

**Name of Person Reporting**

MOODY, JR., JAMES S.

**Date of Report**

08/08/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. OTHER HOLDINGS (H) | | | | | | | | | |
| 409. MOODY INVESTMENTS FAMILY LIMITED PARTNERSHIP | E | Int./Div. | P1 | T | | | | | |
| 410. GEO THERMAL (Y) | | | | | | | | | |
| 411. FIRST TAMPA ALEXANDER | | None | M | W | | | | | |
| 412. MISSOURI MIDWAY | D | Interest | L | W | | | | | |
| 413. REAL PROPERTY (H) | | | | | | | | | |
| 414. Investment Property #1, Valrico, FL | | None | M | W | | | | | |
| 415. Investment Property #2, Longboat Key, FL | D | Rent | N | W | | | | | |
| 416. Investment Property #3, Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 417. Investment Property #4, Celo, NC | | None | O | W | | | | | |
| 418. Investment Property #5, Highlands, NC | | None | M | W | | | | | |
| 419. Investment Property #6, Highlands, NC | D | Rent | | | Sold | 10/01/18 | N | F | Martha Goldman |
| 420. Investment Property #7, Highlands, NC | | None | O | W | | | | | |
| 421. Investment Property #8, Plant City, FL | C | Rent | O | W | | | | | |
| 422. Investment Property #9, Plant City, FL (Y) | | | | | | | | | |
| 423. Investment Property #10, Tampa, FL | D | Rent | M | W | | | | | |
| 424. Investment Property #11, Tampa FL | D | Rent | M | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. Investment Property #12, Tampa FL | D | Rent | M | W | | | | | |
| 426. Investment Property #13, Tampa FL | E | Rent | N | W | | | | | |
| 427. Investment Property #14, Tampa FL | | None | N | W | | | | | |
| 428. Investment Property #15, Tampa FL | D | Rent | M | W | | | | | |
| 429. Investment Property #16, Tampa FL | D | Rent | N | W | | | | | |
| 430. Investment Property #17, St. Petersburg, FL | E | Rent | N | W | | | | | |
| 431. Investment Property #18, St. Petersburg, FL | E | Rent | N | W | | | | | |
| 432. Investment Property #19, Gainesville, FL | | None | N | W | | | | | |
| 433. Gulf to Bay Partners, LLC (real estate, Clearwater, FL) | | None | M | W | Buy | 11/17/18 | M | | |
| 434. OPTIONS (H) | | | | | | | | | |
| 435. Call AAPL | | None | | | Sold | 01/23/18 | J | | |
| 436. | | | | | Sold | 02/07/18 | J | | |
| 437. | | | | | Sold | 02/23/18 | J | | |
| 438. | | | | | Sold | 04/26/18 | J | | |
| 439. Call AMBA | | None | | | Sold | 01/22/18 | J | | |
| 440. | | | | | Sold | 01/23/18 | J | | |
| 441. | | | | | Sold | 03/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 39

Name of Person Reporting

MOODY, JR., JAMES S.

Date of Report

08/08/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. | | | | | Sold | 04/24/18 | J | | |
| 443. | | | | | Sold | 05/22/18 | J | | |
| 444. | | | | | Sold | 07/26/18 | J | | |
| 445. | | | | | Sold | 09/25/18 | J | | |
| 446. | | | | | Sold | 11/20/18 | J | | |
| 447. CALL APTI | | None | | | Sold | 01/23/18 | J | | |
| 448. | | | | | Sold | 04/26/18 | J | | |
| 449. CALL BOFI | | None | | | Sold | 03/20/18 | J | | |
| 450. CALL CME | | None | | | Sold | 01/23/18 | J | | |
| 451. | | | | | Sold | 03/20/18 | J | | |
| 452. | | | | | Sold | 04/26/18 | J | | |
| 453. | | | | | Sold | 05/22/18 | J | | |
| 454. | | | | | Sold | 06/08/18 | J | | |
| 455. | | | | | Sold | 07/26/18 | J | | |
| 456. | | | | | Sold | 08/21/18 | J | | |
| 457. | | | | | Sold | 10/23/18 | J | | |
| 458. CALL CRSP | | None | | | Sold | 02/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. | | | | | Sold | 03/09/18 | J | | |
| 460. | | | | | Sold | 03/20/18 | J | | |
| 461. | | | | | Sold | 04/26/18 | J | | |
| 462. | | | | | Sold | 05/22/18 | J | | |
| 463. | | | | | Sold | 12/27/18 | J | | |
| 464. CALL CYBR | None | | | | Sold | 04/11/18 | J | | |
| 465. | | | | | Sold | 04/24/18 | J | | |
| 466. | | | | | Sold | 05/22/18 | J | | |
| 467. | | | | | Sold | 06/22/18 | J | | |
| 468. | | | | | Sold | 07/24/18 | J | | |
| 469. | | | | | Sold | 08/21/18 | J | | |
| 470. | | | | | Sold | 09/25/18 | J | | |
| 471. | | | | | Sold | 10/23/18 | J | | |
| 472. | | | | | Sold | 12/27/18 | J | | |
| 473. Call EDIT | None | | | | Sold | 01/23/18 | J | | |
| 474. | | | | | Sold | 02/23/18 | J | | |
| 475. | | | | | Sold | 03/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. | | | | | Sold | 04/24/18 | J | | |
| 477. | | | | | Sold | 05/22/18 | J | | |
| 478. | | | | | Sold | 06/21/18 | J | | |
| 479.  CALL ESV | | None | | | Sold | 03/19/18 | J | | |
| 480. | | | | | Sold | 03/20/18 | J | | |
| 481.  CALL FEYE | | None | | | Sold | 01/23/18 | J | | |
| 482. | | | | | Sold | 03/20/18 | J | | |
| 483. | | | | | Sold | 06/21/18 | J | | |
| 484. | | | | | Sold | 12/27/18 | J | | |
| 485.  CALL FTR | | None | | | Sold | 03/20/18 | J | | |
| 486.  CALL HDP | | None | | | Sold | 03/20/18 | J | | |
| 487. | | | | | Sold | 07/26/18 | J | | |
| 488. | | | | | Sold | 08/21/18 | J | | |
| 489. | | | | | Sold | 09/25/18 | J | | |
| 490.  CALL KL | | None | | | Sold | 02/28/18 | J | | |
| 491.  CALL NEWR | | None | | | Sold | 03/20/18 | J | | |
| 492.  CALL NTLA | | None | | | Sold | 02/23/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 39

**Name of Person Reporting**

MOODY, JR., JAMES S.

**Date of Report**

08/08/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. | | | | | Sold | 04/26/18 | J | | |
| 494. | | | | | Sold | 06/22/18 | J | | |
| 495. | | | | | Sold | 08/21/18 | J | | |
| 496. | | | | | Sold | 10/23/18 | J | | |
| 497. Call NTNX | | None | | | Sold | 03/26/18 | J | | |
| 498. | | | | | Sold | 04/26/18 | J | | |
| 499. | | | | | Sold | 06/22/18 | J | | |
| 500. | | | | | Sold | 07/26/18 | J | | |
| 501. CALL NUAN | | None | | | Sold | 09/25/18 | J | | |
| 502. | | | | | Sold | 11/20/18 | J | | |
| 503. CALL OKTA | | None | | | Sold | 04/26/18 | J | | |
| 504. | | | | | Sold | 06/22/18 | J | | |
| 505. | | | | | Sold | 07/24/18 | J | | |
| 506. | | | | | Sold | 10/30/18 | J | | |
| 507. Call PYPL | | None | | | Sold | 09/25/18 | J | | |
| 508. | | | | | Sold | 12/28/18 | J | | |
| 509. CALL QTNA | | None | | | Sold | 01/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 39

Name of Person Reporting

MOODY, JR., JAMES S.

Date of Report

08/08/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. CALL RGLD | | None | | | Sold | 06/21/18 | J | | |
| 511. | | | | | Sold | 07/26/18 | J | | |
| 512. | | | | | Sold | 12/28/18 | J | | |
| 513. | | | | | Sold | 09/26/18 | J | | |
| 514. | | | | | Sold | 12/28/18 | J | | |
| 515. CALL SBUX | | None | | | Sold | 12/28/18 | J | | |
| 516. CALL SHOP | | None | | | Sold | 01/23/18 | J | | |
| 517. | | | | | Sold | 01/23/18 | J | | |
| 518. | | | | | Sold | 02/23/18 | J | | |
| 519. | | | | | Sold | 03/20/18 | J | | |
| 520. | | | | | Sold | 04/26/18 | J | | |
| 521. | | | | | Sold | 05/11/18 | J | | |
| 522. | | | | | Sold | 06/22/18 | J | | |
| 523. | | | | | Sold | 07/26/18 | J | | |
| 524. | | | | | Sold | 08/21/18 | J | | |
| 525. | | | | | Sold | 10/30/18 | J | | |
| 526. | | | | | Sold | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. Call SNAP | | None | | | Sold | 01/23/18 | J | | |
| 528. | | | | | Sold | 04/26/18 | J | | |
| 529. CALL TLND | | None | | | Sold | 09/27/18 | J | | |
| 530. | | | | | Sold | 11/21/18 | J | | |
| 531. CALL TWLO | | None | | | Sold | 01/23/18 | J | | |
| 532. | | | | | Sold | 02/23/18 | J | | |
| 533. | | | | | Sold | 03/20/18 | J | | |
| 534. | | | | | Sold | 04/26/18 | J | | |
| 535. CALL WIX | | None | | | Sold | 06/11/18 | J | | |
| 536. | | | | | Sold | 07/24/18 | J | | |
| 537. | | | | | Sold | 08/21/18 | J | | |
| 538. | | | | | Sold | 12/28/18 | J | | |
| 539. Call WYNN | | None | | | Sold | 01/24/18 | J | | |
| 540. | | | | | Sold | 02/23/18 | J | | |
| 541. | | | | | Sold | 03/26/18 | J | | |
| 542. | | | | | Sold | 06/05/18 | J | | |
| 543. | | | | | Sold | 07/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 39

Name of Person Reporting

MOODY, JR., JAMES S.

Date of Report

08/08/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 544. | | | | | Sold | 12/28/18 | J | | |
| 545. PUTS (H) | | | | | | | | | |
| 546. PUT AAPL | | None | | | Sold | 01/23/18 | J | | |
| 547. | | | | | Sold | 03/20/18 | J | | |
| 548. | | | | | Sold | 03/21/18 | J | | |
| 549. PUT CME | | None | | | Sold | 02/22/18 | J | | |
| 550. PUT ILMN | | None | | | Sold | 09/26/18 | J | | |
| 551. PUT LITE | | None | | | Sold | 03/20/18 | J | | |
| 552. | | | | | Sold | 09/26/18 | J | | |
| 553. PUT NEWR | | None | | | Sold | 02/22/18 | J | | |
| 554. PUT SAM | | None | | | Sold | 01/23/18 | J | | |
| 555. PUT SHOP | | None | | | Sold | 02/22/18 | J | | |
| 556. | | | | | Sold | 03/20/18 | J | | |
| 557. | | | | | Sold | 09/26/18 | J | | |
| 558. PUT SNAP | | None | | | Sold | 02/22/18 | J | | |
| 559. PUT TWLO | | None | | | Sold | 03/20/18 | J | | |
| 560. PUT WIX | | None | | | Sold | 09/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561.  PUT WYNN | | None | | | Sold | 01/23/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During this reporting cycle, a number of holdings were transferred between accounts. These transfers did not involve reportable transactions. In some instances, this resulted in an adjustment of the corresponding value codes in Column C(1). In instances where this resulted in the complete removal of and asset from one account and the introduction of that asset into a new account, those items are coded with "(X)" and "(Y)" for ease of review.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 409: This entry represents a limited partnership interest. The entity was duly registered in the state of Florida. Its business offices and operations are located in another state and run by an individual whose information is not subject to this disclosure. As a limited partner, the filer has no knowledge of, and no control over, the specific assets or activities of the limited partnership; his interest is reported per page 24 of the Alphabetical Reference. All holdings in which the filer, or any other individual subject to this disclosure, has a personal ownership share are separately identified in Part VII.

Part VII, lines 435-561, Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual options can be used to either open or close a contract; they do not generate income, and none have value at the end of the reporting period. Purchases and sales of any optioned holdings are reported separately from these contracts.

Part VII, Lines 80, 105, 106, 112, 113, 119, 120, 126, 127, 133, 134, 140, and 141 of the 2017 report are not reportable during this cycle; there are not corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JAMES S. MOODY, JR.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544